## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| **OAKES AUTO, INC.,** | ) | |
| **DO KCK, LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 24-2175-TC-GEB** |
| | ) | |
| **MITSUBISHI MOTORS OF** | ) | |
| **NORTH AMERICA,** | ) | |
| **PHIL KELLEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Pursuant to D. Kan. R. 37.1(a), the Court held a pre-motion discovery conference in this matter. Plaintiffs appeared through counsel, Christopher Napolitano. Defendants appeared through counsel, John Skelton, William Benson, and Braden Lefler. During the conference Plaintiffs made an Oral Motion to Compel ("Motion") (**ECF No. 64**). After reviewing the discovery responses at issue, the parties' position statements, the relevant Federal Rules of Civil Procedure and caselaw, and after extensive discussion, for the reasons set forth on the record, Plaintiff's Motion is **GRANTED in part and DENIED in part**.

**Limited Production of Mitsubishi Mirage Models – RFP No. 8 and INT No. 2**

The Court sustains Defendants' objection regarding relevance without prejudice. No further response to RFP No. 8 and INT No. 2 is necessary at this time.

**Vehicle Allocation Issues – RFP Nos. 10-12 and 36**

The Court overrules Defendants' objections regarding relevance, proportionality, and vagueness and ambiguity. The Court discussed limiting the temporal and geographic scope of these requests. The temporal scope for RFP No. 10 is limited to January 1, 2017 through December 31, 2024 ("Limited Temporal Scope") and the scope for RFP Nos. 11 and 36 is limited to January 1, 2018 through December 31, 2024. No limitation to the temporal scope set forth in RFP No. 12 is required. The geographic scope is limited from all franchisees in the United States to those located in Kansas and the surrounding states, i.e., Oklahoma, Colorado, Nebraska, and Missouri ("Limited Geographic Scope"). With these limitations, the Court overrules Defendants' objections regarding overbreadth and undue burden.

**Personnel Files – RFP Nos. 13-18**

The Court overrules Defendants' objection based on proportionality. However, as written the Court finds the requests are not narrowly targeted to documents that are relevant to the claims or defenses in the case. Therefore, the Court limits these requests to the disciplinary files for Kirk Smith, Steven Smidlien, Jeff Senger, and Phil Kelly during time within the Limited Temporal Scope. With these limitations, the Court overrules Defendants' relevance objections.

**VI Program Issues – RFP No. 33 and INT Unnumbered and Nos. 6-8**

The Court overrules Defendants' objections regarding relevance, vagueness and ambiguity, and proportionality. RFP No. 33 and INT Nos. 6 and 7 shall be limited in scope from January 1, 2018 through December 31, 2024. The unnumbered INT and INT No. 8

are limited to the time within the Limited Temporal Scope. Defendants are only required to supplement their responses and produce documents to the RFP and INT on this issue for franchisees within the Limited Geographic Scope. With these limitations, the Court overrules Defendants' objections on overbreadth and undue burden.

**Operating Losses/Net Income of other Dealerships – RFP Nos. 34-35 and INT Nos. 9-11**

The Court sustains Defendants' objection regarding relevance without prejudice. No further response to RFP Nos. 34-35 and INT Nos. 9-11 is necessary at this time.

**Grand Opening Funds – RFP No. 43**

The Court overrules Defendants' objections regarding relevance, vagueness and ambiguity, and proportionality. RFP No. 43 is limited in time from January 1, 2018 through December 31, 2024 and is limited to franchisees in the Limited Geographic Scope. With these limitations, the Court overrules Defendants' objections on overbreadth and undue burden.

**Materials Regarding Olathe Mitsubishi – RFP No. 49**

The Court overrules Defendants' objections regarding relevance and proportionality. RFP No. 49 is limited in time from January 1, 2008 through December 4, 2017. With this limitation, the Court overrules Defendants' objection regarding overbreadth.

**Dealers Objectives – RFP Nos. 52-54 and 80**

The Court overrules Defendants' objections regarding relevance, vagueness and ambiguity, and proportionality. The Court limits the temporal scope of these requests as

3

follows: 1) RFP Nos. 52 and 80 from September 1, 2021 through December 31, 2024; and 2) RFP No. 54 from June 1, 2018 through December 31, 2024. RFP No. 53 requires no additional temporal limitation. All requests regarding these issues are limited to franchisees in the Limited Geographic Scope. With these limitations, the Court overrules Defendants' objection regarding overbreadth and undue burden.

**Complaints from Staff about how Defendants Treat their Dealers – RFP No. 68**

The Court overrules Defendants objections regarding relevance, vagueness and ambiguity, and proportionality. The temporal scope for RFP No. 68 is limited from January 1, 2018 through December 31, 2024. Additionally, the request is limited to franchisees in the Limited Geographic Scope. With these limitations, the Court overrules Defendants' objections regarding overbreadth and undue burden. When Defendants supplement their response to this request, they shall certify they have completed a reasonable and diligent search and no documents, other than those produced, exist.

**Approval of Other Franchise Agreements  - RFP No. 78**

The Court overrules Defendants' objections regarding relevance and proportionality. The request is limited in time from January 1, 2018 through December 31, 2024 and is limited to franchisees within the Limited Geographic Scope. With these limitations, the Court overrules Defendants' objections regarding overbreadth and undue burden.

**Documents Regarding any Limitation on Locations in KC Area – RFP Nos. 82-83 and 86**

The Court overrules Defendants' objections based on relevance, vagueness and ambiguity, and proportionality. The requests do not require any additional geographic limitation. RFP No. 82 is limited to the time in the Limited Temporal Scope and RFP Nos. 83 and 86 are limited to January 1, 2017 through September 30, 2023. With these limitations, the Court overrules Defendants' objections regarding overbreadth and undue burden.

**Mitsubishi Net Worth – RFP Nos. 87 and 96**

The Court sustains without prejudice, Defendants' objections regarding relevance. No further response to RFP Nos. 87 and 96 is required at this time.

**Deadline for Production or Motions for Reconsideration**

Defendants shall supplement their responses to RFP Nos. 10-18, 33, 36, 43, 49, 52-54, 68, 78, 80, 82-83, and 86 and INT Unnumbered and Nos. 6-8  with the limitations set forth in this Order no later than **March 28, 2025**. If Defendants intend to seek reconsideration of any portion of the Court's Order or seek a protective order for certain materials and withholds supplemental responses and/or documents on that basis, Defendants' must file the relevant motion no later than **March 28, 2025.**

For the reasons stated on the record as memorialized above, **IT IS ORDERED** Plaintiffs' Oral Motion to Compel ("Motion") (**ECF No. 64**) is **GRANTED in part and DENIED in part**.

**IT IS SO ORDERED.**

Dated this 18th day of February 2025.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge