**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

|  |  |
|---|---|
| OAKES AUTO INC. and DO KCK, LLC,<br><br>               Plaintiffs,<br><br>      v.<br><br>MITSUBISHI MOTORS NORTH AMERICA,<br>INC.<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:24-cv-02175<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

COMES NOW Attorney Braden A. Lefler and hereby withdraws as counsel of record for

Mitsubishi Motors North America pursuant to D. Kan. 83.5.5(b). Said party will continue to be

represented by Attorney Kirk A. Peterson. In addition to service of this Notice on counsel of

record, a copy of this Notice has been mailed to, or otherwise served pursuant to Fed. R. Civ. P.

5(b)(2) on, May 29, 2026.

                                        Respectfully submitted,

                                 *s/ Braden A. Lefler*
                                Kirk A. Peterson (KS #14862
                                kpeterson@berkowitzoliver.com
                                Braden A. Lefler (KA #28598)
                                blefler@berkowitzoliver.com
                                Berkowitz Oliver LLP
                                2600 Grand Boulevard, Suite 1200
                                Kansas City, MO 64108
                                (816) 561-7007


                                *Attorneys for Defendant*
DATED:  May 29, 2026               *Mitsubishi Motors North America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, a copy of the foregoing was filed using the Court's electronic filing system, which transmitted a copy to all attorneys of record.

*s/ Braden A. Lefler*
Braden A. Lefler