**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

|  |  |
|---|---|
| OAKES AUTO INC. and DO KCK, LLC, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Civil Action No. 2:24-cv-02175 |
| MITSUBISHI MOTORS NORTH AMERICA, INC. | ) ) ) |
| Defendant. | ) ) ) |

**DEFENDANT'S MOTION TO CONTINUE TRIAL DATE AND DEADLINES IN TRIAL ORDER IF SUMMARY JUDGMENT DECISION HAS NOT BEEN ISSUED**

To the extent the Court does not issue a decision on Defendant Mitsubishi Motors North America, Inc.'s ("MMNA") pending motion for partial summary judgment by July 13, 2026, MMNA respectfully moves this Court to continue the September 1, 2026 trial date and all pre-trial deadlines in the Trial Order (Dkt. No. 164), pending resolution of the summary judgment motion. In support of this Motion, MMNA states as follows:

1.      On May 4, 2026, the Court entered a Trial Order (the "Trial Order") setting a September 1, 2026 trial date and deadlines for, among other things, the disclosure of exhibit and witness lists, deposition designations, motions *in limine*, and jury instructions.  (Dkt. No. 164). The Court indicated that a ruling on MMNA's motion for partial summary judgment (Dkt. No. 143) is anticipated on or about July 1, 2026.  (Trial Order at 1).

2.      To date, the Court has not issued a ruling on MMNA's motion for partial summary judgment.

3.      The Court's decision on the pending summary judgment motion is likely to have a material impact on the scope and trajectory of this case, the actual claims at issue, how it will be tried, and what evidence will be presented.

4.      Thus, to the extent the Court does not issue a decision on MMNA's motion for partial summary judgment by July 13, 2026, because the parties will not know which claims will be tried, MMNA requests that the Court continue all remaining deadlines in the Trial Order and set a new trial date on or after September 28, 2026, pending resolution of the summary judgment motion.

5.      A continuation of all remaining deadlines in the Trial Order will save the parties time and expense and will not prejudice any party.[1]

6.      MMNA's counsel has conferred with Plaintiffs' counsel.  Plaintiffs' counsel advised that plaintiffs object to continuing the trial date even if the Court has not issued a decision on MMNA's pending motion for summary judgment but did not object to extending other pre-trial deadlines.

WHEREFORE, MMNA respectfully requests that, to the extent the Court does not issue a decision on MMNA's motion for partial summary judgment by July 13, 2026, the Court continue all remaining deadlines in the Trial Order and set a new trial date on or after September 28, 2026, pending resolution of the summary judgment motion.

---

[1] The Trial Order calls for the Parties to file final lists of trial witnesses and exhibits by July 7, 2026 (Trial Order, Section I.A), and MMNA intends to comply with that deadline.

4898-4631-2122 v.1

DATED:  July 6, 2026                             Respectfully submitted,


  *s/ Kirk A. Peterson*
Kirk A. Peterson (KS #14862
kpeterson@berkowitzoliver.com
Berkowitz Oliver LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
(816) 561-7007

John R. Skelton (admitted pro hac vice)
Seyfarth Shaw LLP
Two Seaport Lane, Suite 1200
Boston, MA  02210
(617) 946-4800
jskelton@seyfarth.com

William F. Benson (admitted pro hac vice)
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA  02111
(617) 217-4650
bill.benson@nelsonmullins.com

*Attorneys for Defendant Mitsubishi Motors
North America, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, a copy of the foregoing was filed using the Court's electronic filing system, which transmitted a copy to all attorneys of record.

  *s/ Kirk A. Peterson*
Kirk A. Peterson

*Attorney for Defendant Mitsubishi Motors
North America, Inc.*

4898-4631-2122 v.1