## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| OAKES AUTO INC. and DO KCK, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA,<br>INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 2:24-cv-02175<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT MITSUBISHI MOTORS NORTH AMERICA, INC.'S
### FINAL WITNESS AND EXHIBIT LISTS

Pursuant to the Trial Order (Dkt. No. 164), defendant, Mitsubishi Motors North America, Inc. ("MMNA"), submits its final witness and exhibit lists.

### I.    WITNESS LIST

MMNA intends to call the following witnesses to testify in-person at trial.

1.    Kimberly McKee
      Director, National Dealer Development
      Mitsubishi Motors North America, Inc.
      Franklin, TN  37067
      Tel: 888-648-7820

Ms. McKee is expected to testify concerning the 2018 and 2021 Dealer Sales and Service Agreements (the "Dealer Agreements") entered into between MMNA and Oakes Auto, Inc. ("Oakes") and the parties' rights and obligations thereunder; the Dealer Development Plan executed and agreed to by the Parties in connection with the 2018 and 2021 Dealer Agreements; MMNA's policies and procedures; the role and responsibility of the designated Dealer Principal of an authorized Mitsubishi dealer, including Dan Oakes for Oakes Mitsubishi; the individual dealer's responsibility for operating and managing the dealership including staffing, expenses, vehicle ordering and allocation, used car and parts and service operations, and the pricing and

marketing of new Mitsubishi motor vehicles; MMNA's Visual Identity ("VI") Program and Oakes's agreement to implement all mandatory element of the VI Program; Oakes' refusal to implement the VI Program at its dealership facility; MMNA's review and evaluation of the asset purchase agreement ("APA") between Oakes and Benji Auto Holdings, LLC, including the real estate purchase agreement and communications between the parties concerning the proposed sale; MMNA's evaluation of the proposed sale and its decision not to consent to the proposed sale as reflected in the APA; MMNA's decision to issue a notice of termination to Oakes based on its failure to implement the VI Program or other any plan for the dealership operations; and MMNA's post-termination payments made by MMNA to Oakes; financial statements submitted by Oakes to MMNA and Oakes' reported operational losses, including losses for its used care department.

2.     Ken Konieczka
Senior Vice President, Sales Operations
Mitsubishi Motors North America, Inc.
Franklin, TN  37067
Tel: 888-648-7820

Mr. Konieczka is expected to testify concerning MMNA's sale and distribution of Mitsubishi branded motor vehicles through a network of independently owned and operated dealers; the Dealer Agreements entered into between MMNA and Oakes and the parties rights and obligations thereunder; the responsibility of dealers to control their own dealership operations; the role and responsibility of the designated Dealer Principal of an authorized Mitsubishi dealer, including Dan Oakes for Oakes Mitsubishi; the individual dealer's responsibility for operating and managing the dealership including staffing, expenses, vehicle ordering and allocation, used car and parts and service operations, the pricing and marketing new Mitsubishi motor vehicles; MMNA's allocation system and allocation of motor vehicles to dealers; Mr. Konieczka's review of proposed vehicle allocation to dealers to determine it is fair and equitable; MMNA's shipment

of Mitsubishi vehicles to Oakes and Mitsubishi dealers located in Kansas and the Kansas City, Missouri area.

> 3.      Jason Brink
>         4424 SW Rivulet Drive
>         Lee's Summit, MO 64082
>         Tel: 816-510-7591

Mr. Brink is expected to testify concerning his duties and responsibilities as Oakes' general manager; the role and responsibility of Dan Oakes for Oakes Mitsubishi; Oakes' responsibility for operating and managing the dealership including staffing, expenses, vehicle ordering and allocation, used car and parts and service operations, the pricing and marketing new Mitsubishi motor vehicles; Oakes' used car and new car operations; and losses experienced by Oakes and the cause of those losses.

> 4.      Jay R. Lytle
>         Urban Science Applications, Inc.
>         Detroit, MI 48423
>         Tel: 313-259-9900

Mr. Lytle is expected to offer expert opinion consistent with the opinions identified in his expert reports.  Specifically, Mr. Lytle is expected to opine that Mr. Roesner's assumption that inadequate allocation from MMNA caused Oakes to lose new vehicle sales and profits is fundamentally speculative; the allocation of new vehicles by MMNA to Oakes was fair and reasonable and Oakes had an adequate supply of new motor vehicle inventory from which it could have increased sales; Oakes primarily operated as a used vehicle dealership; Mr. Roesner's assessment of Oakes' sales decline is flawed; Oakes' operational losses were not caused by MMNA; and Mr. Roesner's purported opinions and calculations are disjointed, lack support and analysis.

MMNA intends to introduce deposition testimony from the following witnesses: Dan Oakes, Benji Urra; James Sweeting; Kirk Smith; Bill Hoff; Phil Kelley; Steven Smidlein and Jason

3

Brink. MMNA reserves its right to amend this list based on the Court's decision concerning MMNA's partial motion for summary judgment (Dkt. No. 143).

MMMA reserves its right to call additional witnesses for impeachment and/or rebuttal.

## II.    EXHIBIT LIST

MMNA intends to introduce the following exhibits into evidence at trial.

| NO. | DOCUMENT | BATES NUMBER |
|---|---|---|
| 801. | Dealer Sales and Service Agreement dated June 15, 2018, including Standard Provisions | MMNA (Oakes) 000026-34; MMNA (Oakes) 000058-94 |
| 802. | Dealer Development Plan dated June 15, 2018 | MMNA (Oakes) 000007-25 |
| 803. | Dealer Sales and Service Agreement dated June 15, 2021, including Standard Provisions | MMNA (Oakes) 000051-57; MMNA (Oakes) 000058-94 |
| 804. | Dealer Development Plan dated June 15, 2021 | MMNA (Oakes) 000035-50 |
| 805. | April 28, 2020 letter from Mark Chaffin to Mitsubishi dealers | Oakes 006913-14 |
| 806. | May 7, 2021 letter from Mark Chaffin to Mitsubishi dealers | Oakes 000235-36 |
| 807. | August 25, 2021 Email from Doug Davis to Dan Oakes | MMNA (Oakes) 009536-64 |
| 808. | September 1, 2021 Email from Doug Davis to Marvin Baisden | MMNA (Oakes) 014999-015000 |
| 809. | February 3, 2022 letter from Steven Smidlein to Dan Oakes | MMNA (Oakes) 009567-68 |
| 810. | March 4, 2022 email from Dan Oakes to Steven Smidlein | MMNA (Oakes) 000345-46 |
| 811. | April 5, 2022 letter from Lauren Gregory to Dan Oakes | MMNA (Oakes) 000348-50 |
| 812. | April 2022 email from Wesley Carrillo to Lauren Gregory | MMNA (Oakes) 009572-73 |
| 813. | June 2, 2022 Email from Doug Davis to Dan Oakes | MMNA (Oakes) 009611-40 |
| 814. | July 7, 2022 Asset Agreement between Oakes Auto, Inc. and Benji Mitsu Holdings, LLC | MMNA (Oakes) 000759-94 |
| 815. | July 7, 2022 Real Estate Purchase Agreement between DO KCK, LLC and BE Realty Holdings LLC | MMNA (Oakes) 000795-807 |
| 816. | October 6, 2022 letter from Steven Smidlein to Dan Oakes | MMNA (Oakes) 010326-27 |
| 817. | October 6, 2022 email from Urra to Smidlein | MMNA (Oakes) 011537-46 |

| NO. | DOCUMENT | BATES NUMBER |
|---|---|---|
| 818. | December 21, 2022 email from Dan Oakes to Steven Smidlein | MMNA (Oakes) 010379-428 |
| 819. | February 16, 2023 letter from Steven Smidlein to Dan Oakes | MMNA (Oakes) 000717-24 |
| 820. | June 20, 2023 letter from Ken Konieczka to Dan Oakes | MMNA (Oakes) 009809-11 |
| 821. | October 2022 Financial Statement | Oakes 003494-97 |
| 822. | December 2022 Financial Statement | MMNA (Oakes) 000111-114 |
| 823. | September 2023 Financial Statement | MMNA (Oakes) 000219-223 |
| 824. | VIN-Level Allocation Data | MMNA (Oakes) 004752-54 |
| 825. | Shipment Report for Oakes | MMNA (Oakes) 000224 |
| 826. | Inventory Report for Oakes | MMNA (Oakes) 001211 |
| 827. | MMNA's Allocation Policy | MMNA (Oakes) 000225-226 |
| 828. | May 24, 2022 email from Dan Oakes to Jeffery Senger | MMNA (Oakes) 000236-37 |
| 829. | August 25, 2022 email from Jason Brink to William Hoff | MMNA (Oakes) 012375-79 |
| 830. | September 27, 2022 Email re review of Benji Auto Sales Financials | MMNA (Oakes) 014893-94 |
| 831. | October 5, 2022 email from Jason Brink to William Hoff | MMNA (Oakes) 014392-94 |
| 832. | November 28, 2022 email from Dan Oakes to William Hoff | MMNA (Oakes) 012335-36 |
| 833. | November 28, 2022 email from Dan Oakes to William Hoff | MMNA (Oakes) 012370-74 |
| 834. | May 3, 2023 email from Dan Oakes to William Hoff | MMNA (Oakes) 012118-20 |
| 835. | May 8, 2023 email from Dan Oakes to William Hoff | MMNA (Oakes) 012121-22 |
| 836. | May 16, 2023 email from William Hoff to Sage Brizendine | MMNA (Oakes) 012938-39 |
| 837. | September 9, 2023 email from Dan Oakes to William Hoff | MMNA (Oakes) 001678-79 |
| 838. | Business Plan submitted by Benji Urra | MMNA (Oakes) 006076-78 |
| 839. | MMNA's Dealer Development Policy Manual | MMNA (Oakes) 001145-86 |
| 840. | Exhibits to Expert Report of Jay Lytle | A-1 to A-52 |

| NO. | DOCUMENT | BATES NUMBER |
|---|---|---|
| 841. | September 9, 2023 email and letter from Steven Smidlein to Dan Oakes | MMNA (Oakes) 009796-804 |
| 842. | September 22, 2023 email and letter from Steven Smidlein to Dan Oakes | MMNA (Oakes) 009805-06 |
| 843. | Spreadsheet Regarding Vehicle Re-Purchase Amounts | MMNA (Oakes) 006091 |
| 844. | Spreadsheet Regarding Parts Statement | MMNA (Oakes) 001197 |
| 845. | Sample Vehicle Invoice | MMNA (Oakes) 006100 |
| 846. | August 5, 2024 AGI Statement | MMNA (Oakes) 010185 |
| 847. | October 31, 2023 Statement of Account | MMNA (Oakes) 006073-74 |

MMNA reserves its right to amend this list based on the Court's decision concerning MMNA's partial motion for summary judgment (Dkt. No. 143).  MMNA reserves its right to introduce additional exhibits at trial for impeachment and/or rebuttal purposes.

Respectfully submitted,


*s/ Kirk A. Peterson*
Kirk A. Peterson (KS #14862
kpeterson@berkowitzoliver.com
Berkowitz Oliver LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
(816) 561-7007

John R. Skelton (admitted pro hac vice)
Seyfarth Shaw LLP
Two Seaport Lane, Suite 1200
Boston, MA  02210
(617) 946-4800
jskelton@seyfarth.com

William F. Benson (admitted pro hac vice)
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA  02111
(617) 217-4650
bill.benson@nelsonmullins.com

*Attorneys for Defendant*
*Mitsubishi Motors North America, Inc.*

DATED: July 7, 2026


## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, a copy of the foregoing was filed using the Court's electronic filing system, which transmitted a copy to all attorneys of record.

*s/ Kirk A. Peterson*
Kirk A. Peterson

*Attorney for Defendant*
*Mitsubishi Motors North America, Inc.*

7