# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

OAKES AUTO INC, *et al.*,          )
                                   )
            Plaintiff,             )
                                   )
      v.                           )
                                   )   Case No. 2:24-CV-02175-TC-GEB
                                   )
MITSUBISHI MOTORS OF NORTH         )
AMERICA,                           )
                                   )
            Defendant.             )

## PLAINTIFFS' CORRECTED FINAL WITNESS AND EXHIBIT DISCLOSURES

**COMES NOW** Plaintiffs Oakes Auto, Inc. and DO KCK, LLC (collectively "Oakes"),

by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 26(a)(3) and this Court's

May 4, 2026 Trial Order (Doc. 164), and submits their Corrected Final Witness and Exhibit

Disclosures Under Rule 26(a)(3).

## I. Witnesses Oakes Expects to Testify Pursuant to Rule 26(A)(3)(A)(I).

The below are the witnesses Oakes expects to present, and those they may call if the need

arises, at trial in this matter:

### 1. DAN OAKES

**Phone:** May be contacted through counsel
**Address:**
**Type of Testimony:** Live

### Subject Matter of Testimony

This witness is expected to testify about Oakes Auto's acquisition of the

Mitsubishi dealership; its operations, treatment by MMNA; Oakes Auto's finances and

attempts to sell the Mitsubishi dealership and related real estate; DO KCK's operations

and agreements with Oakes Auto, Inc.; Oakes Auto's termination as a Mitsubishi

dealership, Oakes Auto and DO KCK's damages, and related issues.

1

**Brief Synopsis of Anticipated Testimony[1]**

Dan Oakes is the sole shareholder of Oakes Auto, Inc, and the sole member of DO KCK, LLC. In 2018 Oakes Auto purchased a Mitsubishi dealership located in Olathe, Kansas after initially being rejected by MMNA because MMNA did not want the store relocated to Kansas City, Kansas where DO KCK had purchased property for a dealership.

During Oakes' application process to obtain MMNA's approval, MMNA represented to Oakes that the retail image program, which was not yet developed, would only cost approximately $35,000. MMNA indicated it would provide grand opening funds to offset the cost of MMNA's future visual identity program. After becoming a dealer, MMNA failed to provide the grand opening funds. MMNA also refused to permit Oakes to sell vehicles to local Enterprise rent-a-car affiliates and was threatened not to do so, as it was a "red wire" for MMNA. However, MMNA permitted other dealers to make such sales.

When MMNA released its newly-developed VI Program, MMNA's vendor provided an estimate to complete the VI Program exceeding $700,000. Oakes Auto worked with MMNA's VI vendor to try to bring costs down, and requested exceptions to the program, which MMNA denied while permitting other dealers similar exceptions. When the COVID Pandemic occurred, MMNA put the VI Program on hold for its dealer network.

Also in 2020, MMNA stopped allowing Oakes to place orders for vehicles Oakes wanted based on its customer base, as MMNA's dealer agreement required. Instead, MMNA removed Oakes' ability to place orders and simply told Oakes which vehicles MMNA would provide, often providing only a handful of vehicles a month. MMNA cited

---

[1] The "Brief Synopsis of Anticipated Testimony" sections for each witness herein is simply a synopsis and does not necessarily encompass the entirety of the witnesses anticipated testimony..

low inventory as its excuse for such low allocations but MMNA continued to direct vehicle inventory to new dealers and sell fleet vehicles to rental car companies.

In 2021, MMNA relaunched its VI Program but did not provide the revised costs, which MMNA informed the dealer network would be more affordable, until shortly after MMNA renewed Oakes' dealer agreement.  The new dealer agreement required Oakes to complete the sign portion of the VI program.  While the cost was less, it still exceeded $300,000 after accounting for the non-signage requirements MMNA insisted on requiring.

 MMNA again began placing pressure on Oakes to agree to complete the entire program, not only the signs.  When Oakes again pushed back, MMNA began providing fewer vehicles for Oakes to sell.  On average, MMNA provided only 6 vehicles a month. MMNA also removed previously available incentives for the sale of new vehicles and provided the same amount of incentive to dealers who agreed to complete the VI Program, and provided those dealers with more vehicle allocations, both in desirable models and quantity.

The amount of vehicles MMNA provided was insufficient to generate enough revenue to be able to turn a profit, especially with the constraints the MMNA dictated to Oakes, such as staffing levels, the positions required, the minimum parts order and vehicle orders, use of MMNA-approved subscriptions and software, and prohibiting Oakes from selling other new vehicle brands from its location—all while only receiving six vehicles a month. MMNA knew this because MMNA required Oakes to provide detailed financial statements monthly, on forms MMNA created.

MMNA sent Oakes a Default Notice relating to the VI Program in 2021, threatening to terminate Oakes if it did not spend hundreds of thousands of dollars to complete the VI Program while only receiving around six vehicles a month to sell.  After negotiating with MMNA through counsel, MMNA agreed to let Oakes complete the sign portion of the VI Program, but then almost immediately backtracked on that agreement.

With MMNA providing so few vehicles to sell while exerting financial pressure through the lack of vehicles and requirements to complete the VI program, Oakes sought to find a buyer of the store.

Oakes found a buyer and the related real estate—a father and son from Florida who had decades of experience operating a used car dealership and were willing to complete the VI Program. But MMNA twice refused to approve the purchasers, citing their lack of new car experience, even after the purchasers brought on a co-buyer with significant new car experience at MMNA's direction. The purchasers have since been approved by Nissan and operate a Nissan of Victoria in Texas.

After MMNA refused to approve the sale, MMNA's district sales staff began communicating to Oakes Auto's managers they Oakes was going to be terminated, which caused concern among employees, making it even more difficult beyond the lack of new car inventory to retain staff and have a productive sales team. Oakes asked MMNA if MMNA had any buyers it would approve of who would want to purchase Oakes Mitsubishi store, but MMNA indicated it did not.

Thereafter, while still only getting a few cars a month, MMNA sent Oakes a Notice of Termination for not completing the VI Program. But several other dealers in the region had not completed the VI program and, prior to this suit being filed, had not been terminated or are still not terminated. Oakes did not contest the termination because Oakes believed that MMNA, even if its decision was overturned, would continue what Oakes believed to be MMNA's effort to use reduced inventory and financial coercion to ensure Oakes could not make a profit so that Oakes would voluntarily terminate its agreement, allowing MMNA to close the Kansas City, Kansas location. MMNA's pre-termination conduct in the form of withheld allocations and financial pressure from MMNA's mandated staffing, exclusive facility, and VI program requirements had already resulted in high staff turnover due to low inventory to sell, and monthly operating losses over $2 Million.

4

After the termination date, MMNA did not provide Oakes with the full amounts to buy-back vehicles, parts, or to compensate Oakes for its existing lease payments for a year, as Kansas law requires resulting in a shortage to Oakes Auto of approximately $209,453.17.

After the store closed, DO KCK sought to find another buyer for the real estate. DO KCK did obtain a tenant who has the option to purchase the property for $3,050,000—$950,000 less than the buyer MMNA did not approve was ready and willing to pay.

## 2.  BRANDON OAKES

| | |
|---|---|
| **Phone:** | May be contacted through counsel |
| **Address:** | |
| **Type of Testimony:** | Live |

### Subject Matter of Testimony

This witness is expected to testify about Oakes Auto, Inc.'s and DO KCK, LLC's finances and account practices; Oakes Auto and DO KCK, LLC's damages; and related issues.

### Brief Synopsis of Anticipated Testimony

Brandon Oakes is the brother of Dan Oakes and conducted the internal account for Oakes Auto, Inc. and DO KCK.  In that capacity, Brandon Oakes prepared the financial statements for Oakes Auto, Inc. MMNA required, monthly financial statements based on specific forms MMNA created, which required Oakes to provide detailed financial data as to all aspects of Oakes Auto's operations, including used car operations, service, and other non-new Mitsubishi sales.

Oakes Auto, Inc. operated at a loss for almost every month, except April 2022, from January 2022 through the date of MMNA's termination of Oakes Auto, and

thereafter though November when operations were entirely wound down. Those losses totaled $2,298,215.

After MMNA terminated Oakes Auto, it provided some, but not all the payments Oakes Auto should have received under Kansas's franchise laws, including amounts for Oakes Auto's real estate lease for a year, parts repurchase, delivery charges for vehicles, and "charge backs." MMNA also initiated an unauthorized withdrawal on Oakes Auto's bank account in the amount of $8,103.01. The difference between the amounts Oakes Auto was due versus what MMNA provided was approximately $209,453.17.

Oakes Auto was the Tenant on a Triple Net lease with DO KCK, LLC. The Lease term was from January 1, 2019, through December 31, 2024, and required Oakes Auto to pay $23,000 per month, plus the taxes, insurance, and maintenance charges which were around $5,555.96 per month.

## 3. DOUG DAVIS

| | |
|---|---|
| **Phone:** | May be contacted through defense counsel |
| **Address:** | |
| **Type of Testimony:** | TBD. Oakes would like to call this witness live, but since giving a deposition as defendant's corporate representative he was terminated from defendant's employ. Oakes' counsel has sought confirmation from defense counsel if Defendant would be producing this witness live, or if a trial deposition would be necessary given this witness is out of state but has not received further information. |

6

**Subject Matter of Testimony**

Doug Davis is expected to testify about his roles within MMNA; his termination, his communications with and involvement with Oakes; MMNA's VI Program; MMNA's allocation processes and documentation (discretionary and formulaic); MMNA's decision to create a fourth Kansas City location; MMNA's efforts to fill open points; the profitability of MMNA's dealer network; and related issues.

**Brief Synopsis of Anticipated Testimony**

Mr. Davis will testify about his role as a Regional Dealer Development Manager, including his involvement in Oakes' purchase of Olathe Mitsubishi, Oakes' tenure as a Mitsubishi dealer, Oakes' efforts to sell the dealership, and MMNA's termination of Oakes.

Mr. Davis will testify about his position's responsibilities in MMNA throughout his tenure, the hierarchy of MMNA, and the policies, procedures, and operations utilized in the dealer development office for the regions in which Mr. Davis worked.

Mr. Davis will also testify that requiring dealers like Oakes to invest over $100,000 in the VI Program while supplying very few vehicles to sell placed the dealer in a difficult situation and is maybe not fair. Mr. Davis will also testify about MMNA's continued efforts to fill newly opened dealer points even during periods of vehicle shortage, to the detriment of existing dealers like Oakes, and that MMNA's own then-Regional Directors expressing concern that MMNA should not be filling open points during a vehicle shortage, should not be requiring the VI in light of dealer profitability, and should not be terminating dealers. Mr. Davis is also expected to testify about his termination from MMNA.

4. **JAMES (JIM) SWEETING**

| | |
|---|---|
| **Phone:** | |
| **Address:** | May be contacted through defense counsel |
| **Type of Testimony:** | TBD. Oakes would like to call this witness live, but since giving a deposition as an employee of defendant, he was terminated from defendant's employ. Oakes' counsel has sought confirmation from defense counsel if Defendant would be producing this witness live, or if a trial deposition would be necessary given this witness is out of state but has not received further information. |

### Subject Matter of Testimony

Mr. Sweeting is expected to testify about MMNA's creation, maintenance, and production of allocation processes and records; his involvement with the denied buy-sells, termination, and VI compliance; and his termination from employment with MMNA, and related issues.

### Brief Synopsis of Anticipated Testimony

Mr. Sweeting will testify that MMNA stopped using the allocation procedures and policies in place when Oakes agreed to become a dealer and, for a period of time, did not use any formula to allocate vehicles at all.  Mr. Sweeting will testify that he participated in the creation of the formula applied to Oakes, which was a different formula used to distribute vehicles to dealers in MMNA's other regions.

Mr. Sweeting will also testify that MMNA maintains an internal "Smartsheet" separate from the standard formulaic allocation spreadsheets, and will confirm that the allocation spreadsheets produced by MMNA do not contain the discretionary-allocation details. Mr. Sweeting will confirm errors in the allocation spreadsheets and deviation from MMNA's policy of holding back 10-15 percent of vehicles for discretionary allocations for special purposes, such as stocking new dealers.

Mr. Sweeting will also testify regarding MMNA's practice of requiring dealers, including through the buy-sell approval process, to carry minimum representative vehicle inventories while MMNA itself controlled and limited the actual allocation dealers received, and regarding MMNA's role in setting suggested retail pricing and dealer incentive structures.

Mr. Sweeting will testify that for a period of time MMNA chose not to use a formula to allocate vehicles at all, and that once a formula was implemented, his region implemented a formula different from the other two MMNA regions.

Mr. Sweeting is also expected to testify about his termination from MMNA.

### 5.  PHIL KELLEY

| | |
|---|---|
| **Phone:** | May be contacted through defense counsel |
| **Address:** | |
| **Type of Testimony:** | TBD. Oakes would like to call this witness live, but since giving a deposition as an employee of defendant, he was terminated from defendant's employ. Oakes' counsel has sought confirmation from defense counsel if Defendant would be producing this witness live, or if a trial deposition would be necessary given this witness is out of state but has not received further information. |

**Subject Matter of Testimony**

Mr. Kelley is expected to testify regarding his role within the regional dealer development office of MMNA; efforts to fill open points and create new points; his involvement and knowledge of MMNA's denied buy-sells of Oakes Mitsubishi; MMNA's history of approving/denying applications to become dealers; MMNA's policies and procedures; and his departure from MMNA's employ.

**Brief Synopsis of Anticipated Testimony**

Mr. Kelley is expected to testify that he communicated to Oakes' proposed purchaser what MMNA would require to approve the buy-sell of Oakes Mitsubishi—including obtaining a partner with new car experience holding at least a 10-15% ownership interest. Mr. Kelley will admit that MMNA has no actual written policy mandating that a proposed dealer principal, majority owner, or general manager have new car experience. Mr. Kelley will testify that in direct response to his guidance the proposed purchaser brought on a partner with extensive new vehicle sales, fixed-operations, and customer-service experience at a nearby Nissan dealership with a 15% ownership share.

Mr. Kelley will testify that MMNA issued a second denial/turndown letter rejecting the revised proposal after Mr. Woody submitted his own application, even though the proposed purchaser did as Mr. Kelley instructed. Mr. Kelley will testify that MMNA had, prior to the proposed purchaser's application, approved an out-of-state dealer with no new car experience after that applicant brought on a partner with new car experience in the area.

Mr. Kelley is also expected to testify about the end of his employment with MMNA.

6. **WILLIAM (BILL) HOFF**

| | |
|---|---|
| **Phone:** | May be contacted through defense counsel |
| **Address:** | |
| **Type of Testimony:** | TBD. Oakes would like to call this witness live, but since giving a deposition as an employee of defendant, he was terminated from defendant's employ. Oakes' counsel has sought confirmation from defense counsel if Defendant would be producing this witness live, or if a trial deposition would be necessary given this witness is out of state but has not received further information. |

## Subject Matter of Testimony

Mr. Hoff is expected to testify about his role as a district sales manager, MMNA's allocation process, Dan Oakes's reputation as an operator, his interactions with Oakes Auto personnel, and his departure from MMNA's employ.

## Brief Synopsis of Anticipated Testimony

Mr. Hoff will testify that vehicle allocations he distributed to dealers first had to be approved by MMNA corporate—specifically Ken Konieczka, MMNA's Vice President of Sales. Mr. Hoff is expected to testify that MMNA's allocation formula was a "vicious cycle." Mr. Hoff will testify that he knew Dan Oakes has a reputation as a good operator with a thriving Kia store (Tr. 218:17–219:4). Mr. Hoff will also testify regarding MMNA's VI cost/incentive structure, acknowledging that in some cases VI compliance cost dealers more than $100,000 while MMNA supplied as few as three to four vehicles per month to sell, and that the per-unit VI incentive of $125 would require selling roughly 1,000 vehicles to offset a $120,000 VI investment. Mr. Hoff will testify about his involvement and knowledge of MMNA's decision to terminate Oakes as well as his departure from MMNA and communications between him and other MMNA employees about Oakes.

7. **KIM MCKEE**

**Phone:** May be contacted through defense counsel
**Address:**
**Type of** Deposition (video or designation)
**Testimony:**

## Subject Matter of Testimony

Ms. McKee is expected to testify regarding MMNA's compliance with its own dealer agreement; MMNA's acknowledgment that it is contractually obligated to act in the dealer's best interest; the non-negotiable nature of MMNA's Standard Provisions; the

11

denied proposed buy-sell of Oakes Mitsubishi; and the termination of Oakes Auto as a dealer.

**Brief Synopsis of Anticipated Testimony**

Ms. McKee is the Director of Dealer Development for MMNA. Ms. McKee will testify that MMNA's dealer agreement and standard provisions are old and outdated, but too difficult to change. As a result, MMNA does not always follow them.  One example is the Dealer Agreement requires MMNA to. establish a "Policy Review Board" to resolve disputes between MMNA and its dealers, but no such board exists and, to her knowledge, has never existed at any point during her 12+ years in MMNA's dealer development department. She will further admit that under the Franchise Agreement, a dealer's appeal to the (non-existent) Policy Review Board is a mandatory "condition precedent" to pursuing any other contractual or legal remedy, and that without a functioning board, a dealer cannot satisfy that condition precedent.  She will confirm MMNA's Dealer Agreement's Standard Provisions required MMNA to permit dealers to be able to place orders for vehicles, and select the options that best fit each dealer's customer base. But MMNA did not comply, stopped letting dealers place orders for vehicles, and sent them vehicles they could either accept or decline.

Despite MMNA's lack of adherence to its own contract, which Ms. McKee will admit is non-negotiable, Ms. McKee will testify that the dealer must comply with MMNA's VI Program (the details of which are not set forth in the actual agreement), and that MMNA's requirements do not have to be fair even though Ms. McKee admits that MMNA, in its Dealer Agreement agreed to act in the best interest of the parties, which includes the dealer.  Further, Ms. McKee will testify that MMNA did not do any market analysis, return on investment analysis, or any other research to ascertain the benefit or detriment to the dealer in completing the VI Program. Ms. McKee will further

12

testify about that process, and her involvement in it, that MMNA used to decide to deny the proposed buy sell presented by Oakes, and then to later terminate Oakes as a dealer.

**8.  KEN KONIECZKA**

| | |
|---|---|
| **Phone:** | May be contacted through defense counsel |
| **Address:** | |
| **Type of Testimony:** | Deposition (video or designation) |

### Subject Matter of Testimony

Mr. Konieczka is expected to testify about MMNA allocation and vehicle delivery practices; MMNA's direct arrangement of fleet/rental-car sales; MMNA's dealer network, and MMNA's VI Program.

### Brief Synopsis of Anticipated Testimony

Mr. Konieczka is MMNA's Senior Vice President of Sales.  Mr. Konieczka will testify that although MMNA's own allocation policy document stated that 10 to 15 percent of the total allocation is held for special purposes/supplemental allocation, he had never seen that policy document and did not approve it, despite being the executive whose sign-off was required for discretionary allocations.  Mr. Konieczka will further testify that MMNA never formally communicated to dealers what percentage of vehicles would be withheld for discretionary allocation and could not confirm whether MMNA adhered to its own stated limit.  He will testify regarding MMNA's arrangement of national fleet/rental-car accounts (including with Enterprise-affiliated companies), confirming that MMNA controls such sales, and that MMNA can direct rental car allocations to whichever dealer it selects, but that the dealer obtains no financial benefit. He is also expected to testify regarding MMNA's stated purpose for the VI Program and adoption of the program by the dealer network.

13

## 9. STEVEN SMIDLEIN

**Phone:**      234-525-9758
**Address:**    1424 Kensington Ct.,
                  Southlake, Texas 76092
**Type of**     Deposition (video or designation)
**Testimony:**

### Subject Matter of Testimony

Mr. Smidlein will testify about his tenure and termination as Regional Director for MMNA; MMNA's hierarchy, MMNA's allocations, processes, and policies; its buy-sell policies/procedures; MMNA's sales to fleet customers; the profitability of MMNA's dealer network; and MMNA's failure to document the provision of discretionary vehicles.

### Brief Synopsis of Anticipated Testimony

Mr. Smidlein was MMNA's regional director over the region in which Oakes operated but will testify he had little authority, and was micromanaged by the "national office," specifically Ken Konieczka. Mr. Smidlein will testify that he told Dan Oakes it was a "red wire" for Oakes to sell vehicles to Enterprise.

Mr. Smidlein will testify that close to half of MMNA's dealer network experienced profitability issues during his tenure. Mr. Smidlein will testify that MMNA, specifically James Sweeting, made and kept records of which vehicles were to be provided to dealers, which included the vehicles provided discretionarily, outside the formula. Mr. Smidlien testified that Mr. Sweeting would email those documents to Ken Konieczka, who would sign off on the allocations. Mr. Smedlien will confirm, however, that the documents he was shown during his deposition as being the allocation data produced by MMNA did not identify which vehicles were given to which dealer discretionarily. Further, Mr. Smidlein will testify that MMNA would give preference to dealers who completed the VI Program in determining which dealers would get discretionary vehicles.

14

**10. DEFENDANT'S CORPORATE REPRESENTATIVE**

| | |
|---|---|
| **Phone:** | May be contacted through defense counsel |
| **Address:** | |
| **Type of Testimony:** | Deposition (video or designation) |

### Subject Matter of Testimony

MMNA's corporate representative is expected to testify regarding MMNA's representations made to Oakes about the VI Program; the VI Program's requirements; MMNA's dealer agreement; MMNA's allocation policies, procedures, and practices; MMNA's dealer network and open points; MMNA's actions towards Oakes and Oakes proposed purchaser; sales to fleet customers; and MMNA's buy-sell approval procedure; and MMNA's termination practices and actions or inactions relating to dealers.

### Brief Synopsis of Anticipated Testimony

MMNA will testify about how it originally denied Dan Oakes as a dealer principal because he wanted to move the location to Kansas City, Kansas. And, when MMNA ultimately approved Oakes, it created a new dealer "point" in Kansas City, Kansas for Oakes while simultaneously keeping the Olathe point open for another dealer to acquire without purchase. MMNA will also testify regarding its efforts to find a replacement dealer for the Olathe point, but not the Kansas City point.

MMNA will testify that it initially informed Dan Oakes on its own "Initial Cost Investment" disclosure form that its VI Program would cost only $35,000. MMNA will also testify about the low "take rate" of dealers as it relates to the VI Program, the purpose of the VI Program, its research into how it would benefit its dealer network, and MMNA's efforts to get dealers to comply.

MMNA will further testify that MMNA's own internal policy documents directly conflict as to whether MMNA even used a stated allocation "formula" for Oakes's region between May 2020 and March 2021. MMNA will testify it does not know whether it followed its own allocation policies.

15

MMNA will testify about the decision to withhold its consent to Oakes' proposed sale of the store, its decision to terminate Oakes, and how it arrived at the amount to pay Oakes for amounts due upon termination.

MMNA will testify about the number of vehicles it sells through its national fleet sales, how it determines which vehicles are sent to which ports for allocation, the number of open points it instructs its regions to fill, and related issues.

## 11. BENJAMIN (BENJI) URRA

**Phone:** 786-301-4032
**Address:** 3921 SW 186th Way
Miramar, Florida 33029
**Type of Testimony:** Deposition Designation

### Subject Matter of Testimony

Mr. Urra's experience in the automotive industry at the time of his attempt to purchase Oakes Mitsubishi and DO KCK's related real estate; the proposed buy-sell of Oakes Mitsubishi; and Mr. Urra's approvals by other new car manufacturers.

### Brief Synopsis of Anticipated Testimony

Mr. Urra will testify that prior to applying to become a Mitsubishi dealer as part of his proposal to purchase Oakes Mitsubishi and DO KCK's related real estate, his father and he had operated a used car dealership, for decades, that had then-recently expanded to a second location. Mr. Urra had previously been approved to be a Nissan dealer. After being denied by MMNA, he was later approved by General Motors, and Nissan.

Mr. Urra will testify that he did not want to contest Mitsubishi's denial because of the time, costs, and he did not want to be associated with such a legal proceeding.

16

## 12. JASON BRINK

| | |
|---|---|
| **Phone:** | 816-510-7591 |
| **Address:** | 4424 SW Rivulet Drive |
| | Lees Summit, Missouri 64082 |
| **Type of Testimony:** | Deposition Designation |

### Subject Matter of Testimony

Mr. Brink is accepted to testify regarding MMNA's allocations/deliveries of vehicles to Oakes, Oakes' policies and practices, MMNA's explanations about allocation policies, procedures, and formula; and MMNA's VI Program demands.

### Brief Synopsis of Anticipated Testimony

Mr. Brink managed day-to-day operations at Oakes Mitsubishi during a critical period of the dispute. He is expected to testify that MMNA representatives held meetings demanding VI/signage compliance on a timeframe he and Dan Oakes considered unrealistic, while providing no assurance of increased inventory in return. Mr. Brink will testify that when he raised inventory/allocation questions with MMNA's district sales managers (Jeff Senger and Bill Hoff), he never received a direct answer and that responses were consistently vague, notwithstanding his repeated and adamant requests for more inventory.

Mr. Brink did not experience MMNA's representatives as functioning as a true business partner, in contrast with other vehicle brands he worked with. He will testify that Mitsubishi inventory was chronically thin, and that the store's mix of model selection and volume made profitability difficult regardless of management effort. Mr. Brink will also testify about Oakes' efforts to sell to fleet customers.

17

**13. SAGE BRIZINDINE**

| | |
|---|---|
| **Phone:** | 913-804-5956 |
| **Address:** | 1989 Main Street, Unit 501 |
| | Kansas City, Missouri 64108 |
| **Type of Testimony:** | Deposition Designation |

### Subject Matter of Testimony

Mr. Brizindine is accepted to testify regarding MMNA's allocations/deliveries of vehicles to Oakes, Oakes' operations and procedures; MMNA's explanations about allocation policies, procedures, and formula; MMNA's VI Program demands; and MMNA's communications regarding termination of Oakes Auto.

### Brief Synopsis of Anticipated Testimony

Mr. Brizindine worked directly with MMNA's district sales manager, William Hoff, on a weekly basis regarding vehicle allocation and will testify that he begged him for Mirages weekly but frequently could not get them. He will testify that the vehicles MMNA did allocate discretionarily to Oakes were often the least desirable models. Mr. Brizindine suspected that 20-25% of available inventory was hand-allocated by MMNA outside any stated formula.  He will testify, using MMNA's own internal aged-inventory report for December 2022, that Oakes Mitsubishi had 0% of its inventory aged over 90 days —better performance compared to 28.8% for the nearest competing MMNA stores. Mr. Brizindine will testify about why MMNA branded vehicles, and particular models, are difficult to sell and Oakes' efforts to sell such vehicles.

He will also testify that a conversation with Mr. Hoff regarding MMNA's forthcoming termination of Oakes's franchise agreement prompted him to raise the subject with Dan Oakes.

## 14. KIRK SMITH

| | |
|---|---|
| **Phone:** | 940-323-1058 |
| **Address:** | 6913 Hayling Way |
| | Denton, TX 76210 |
| **Type of Testimony:** | Deposition Designation |

### Subject Matter of Testimony

Mr. Smith is expected to testify about MMNA's initial denial of Oakes's proposed purchase and relocation based solely on the Kansas City, Kansas location; MMNA's creation of a new dealer point in Kansas City while keeping the Olathe point open; MMNA's practice of diverting discretionary/unclaimed vehicle allocation to fill new dealer points; and the pre-purchase discussion of grand opening/launch financial support

### Brief Synopsis of Anticipated Testimony

Mr. Smith will testify that MMNA initially denied Dan Oakes's proposed purchase and relocation of the Olathe Mitsubishi dealership to Kansas City, Kansas, citing purported detriment to distribution, competition, and the public interest—a decision MMNA only reversed after Oakes' attorneys challenged it.

Mr. Smith will testify that MMNA's later decision effectively created a new, fourth dealer point in Kansas City, Kansas while leaving the Olathe point open for another dealer to acquire without having to purchase it from an existing dealer such as Oakes.

Mr. Smith will testify that he and Dan Oakes discussed the possibility of grand opening/launch financial support before Oakes purchased the dealership, that he told Oakes he would look into whether funds were available, and that no such funds were ultimately documented or provided through him.

19

Mr. Smith will testify that MMNA maintained a practice of holding vehicles outside the standard dealer allocation formula, vehicles not earned or accepted by other dealers, in a discretionary pool used to stock new dealers or open points.

## 15. ARMIN ZEJNIC

**Phone:** 319-233-5370
**Address:** 905 Nancy Road
Waterloo, Iowa 50701
**Type of Testimony:** Live

### Subject Matter of Testimony

Mr. Zejnic is expected to testify about the authenticity and accuracy of the photographs taken at a Mitsubishi dealership.

### Brief Synopsis of Anticipated Testimony

Mr. Zejnic is expected to testify as to the authenticity and accuracy of the photographs he took at a Mitsubishi dealership, and his observations about the dealership.

## 16. DAN LANE

**Phone:** 800-720-2583 #203
**Address:** dtl@blueeagleinvestigations.com (email)
**Type of Testimony:** Live

### Subject Matter of Testimony

Mr. Lane is expected to testify about photographs he took of other area Mitsubishi dealerships.

### Brief Synopsis of Anticipated Testimony

Mr. Lane will testify as to the authenticity and accuracy of the photographs he took of various Mitsubishi dealerships, and his observations about the dealerships while present at each location.

20

**17. STU FORD**

| | |
|---|---|
| **Phone:** | 800-720-2583 #202 |
| **Address:** | 5526 SE US Highway 40 |
| | Tecumseh, KS 66542 |
| **Type of Testimony:** | Live |

### Subject Matter of Testimony

Mr. Ford is expected to testify about photographs he took of other area Mitsubishi dealerships.

### Brief Synopsis of Anticipated Testimony

Mr. Ford will testify as to the authenticity and accuracy of the photographs he took of various Mitsubishi dealerships, and his observations about the dealerships while present at each location.

**18. KORY RUDIG**

| | |
|---|---|
| **Phone:** | 214-970-2284 |
| **Address:** | krudig@hmausa.com (email) |
| **Type of Testimony:** | Live/Trial Deposition |

### Subject Matter of Testimony

Mr. Rudig is expected to testify regarding his employment with MMNA as Regional Director, MMNA's enforcement of its Visual Identity Program, and MMNA's allocation procedures.

### Brief Synopsis of Anticipated Testimony

Mr. Rudig succeeded Steven Smidlein as the Regional Director after the position was vacant for approximately four months. Mr. Rudig left MMNA's employment less than a year later. Accordingly, Mr. Rudig may testify about the reasons for the length of his tenure and concerns he had regarding MMNA's operations and treatment of dealers.

Further, Mr. Rudig is expected to testify that MMNA's allocation procedures were different from those which Mr. Rudig was familiar with after 20 years in the automotive industry.

### 19. MIKE HELGESEN

| | |
|---|---|
| **Phone:** | 630-653-9923 |
| **Address:** | 1328 Blackhawk Lane |
| | Bartlett, Illinois 60103 |
| **Type of Testimony:** | Live/Trial Deposition |

#### Subject Matter of Testimony

Mr. Helgesen is expected to testify regarding his employment with MMNA as Regional Director, MMNA's enforcement of its Visual Identity Program, concerns relating to dealer profitability, and MMNA's dealer network.

#### Brief Synopsis of Anticipated Testimony

Mike Helgesen was the Regional Director/Vice President for MMNA from around December 2024 until the mid-May 2025 deposition. Helgesen expressed his concerns that by continuing to push VI compliance, MMNA was hurting dealer profitability. Mr. Helgesen also expressed internally in MMNA that it was difficult to get remaining dealers to move forward with VI and that enforcement actions were shrinking the dealer network rather than growing it.

### 20. SETH SINOVIC (NON-RETAINED EXPERT)

| | |
|---|---|
| **Phone:** | 913-890-2012 |
| **Address:** | 4400 College Blvd, Suite 170 |
| | Overland Park, Kansas 66211 |
| **Type of Testimony:** | Live |

### Subject Matter of Testimony

This witness is expected to testify about his efforts to sell DO KCK, LLC's property located at 7301 State Avenue in Kansas City, Kansas and his knowledge of the value of that property as a real estate agent in the area.

### Brief Synopsis of Anticipated Testimony

Mr. Sinovic works with Mr. Peterson and represented DO KCK, LLC in trying to sell the real property located at 7301 State Avenue in Kansas City, Kansas. In November of 2023 while trying to find a tenant and/or buyer for the property, Mr. Peterson and Mr. Sinovic provided an opinion to Dan Oakes that, at that time, the base rental value of the property per month, assuming a triple net lease was $20,750.

The property was ultimately leased as of June 1, 2025, for 18 months for a total rent of $414,000 to be paid in monthly installments of $23,000. The Tenant has the obligation, if certain remediation work is able to be completed to the property, to purchase the property for $3,050,000.

**21. BRENT PETERSON (NON-RETAINED EXPERT)**

**Phone:**      913-362-1000
**Address:**    4400 College Blvd, Suite 170
                Overland Park, Kansas 66211
**Type of**     Live
**Testimony:**

### Subject Matter of Testimony

This witness is expected to testify about his efforts to sell DO KCK, LLC's property located at 7301 State Avenue in Kansas City, Kansas and his knowledge of the value of that property as a real estate agent in the area.

### Brief Synopsis of Anticipated Testimony

Mr. Peterson works with Mr. Sinovic and represented DO KCK, LLC in trying to sell the real property located at 7301 State Avenue in Kansas City, Kansas. In November

23

of 2023 while trying to find a tenant and/or buyer for the property, Mr. Peterson and Mr. Sinovic provided an opinion to Dan Oakes that, at that time, the base rental value of the property per month, assuming a triple net lease was $20,750.

The property was ultimately leased as of June 1, 2025, for 18 months for a total rent of $414,000 to be paid in monthly installments of $23,000. The Tenant has the obligation, if certain remediation work is able to be completed to the property, to purchase the property for $3,050,000.

## 22. JOE ROESNER (PLAINTIFF'S EXPERT)

| | |
|---|---|
| **Phone:** | 520-325-9800 |
| **Address:** | 3509 N. Campbell Avenue Tucson, Arizona 85719 |
| **Type of Testimony:** | Live |

### Subject Matter of Testimony

Mr. Roesner is expected to testify about the present value of the monthly operating losses Oakes Auto sustained; the present value of the unpaid termination benefits; MMNA's allocation practices, both formulaic and discretionary as they relate to Oakes, the other dealers in the same region as Oakes, the automotive industry; the present value of DO KCK's lost real estate sale; and the report of Defendant's Expert Jay Lytle.

### Brief Synopsis of Anticipated Testimony

Mr. Roesner is expected to testify consistent with his Expert Report, his Rebuttal Report, his Supplemental Expert Report, and his deposition. In summary, Mr. Roesner will testify that Mr. Roesner has decades of experience consulting for automobile dealers and dealer counsel on manufacturer allocation systems, franchise terminations and dealership damages, and has testified or consulted in numerous reported disputes

between dealers and manufacturers (including Porsche, General Motors, Ford, Kia, Genesis, and Rolls-Royce matters).

In his original report, he analyzed the present value of Oakes' claimed damages as well as the potential increased revenue Oakes would have realized had its vehicle registrations kept pace with other area Mitsubishi dealers since MMNA had not shown any allocation data demonstrating how vehicle allocations were earned.. After the Court ordered MMNA to produce actual VIN-level allocation data it had previously withheld, Mr. Roesner supplemented his analysis using that data and will testify that, in the region in which Oakes operated, MMNA provided nearly half of all vehicle deliveries as discretionary vehicles, vehicles not delivered based on "earnings" under MMNA's stated allocation formula. However, MMNA's policy states it only holds back 15 percent of all vehicles for discretionary vehicles. Of those provided discretionarily, MMNA provided Oakes with the fewest discretionary vehicles as a percentage of its total vehicle deliveries in 2022.

He will testify MMNA effectively predetermined the number of vehicles that would be available to allocate, both under a formula and discretionarily, by deciding which models and in what quantity were shipped to the port that served Oakes. He will testify that based on MMNA's allocation data, MMNA's Los Angeles port received substantially more vehicle shipments (including of the Mirage model specifically) than the Tacoma port that served Oakes's region.

He will testify that MMNA did not consistently apply its formula. MMNA would not consistently use a dealer's sales history for the model being allocated, and instead included total sales history across various models, which resulted in at least one instance of Oakes receiving less vehicles than it would have earned had MMNA used the sales history of the model being allocated. MMNA also overwrote its own allocation formula in some instances so that a dealer earning less than 3 vehicles would receive no vehicles at all. Which discriminates against smaller volume dealers and results in those dealers not

25

having the ability to increase their sales history to increase their earnings while giving the vehicles those small dealers earned to larger dealers who will use those sales to increase their next round of earnings. And if MMNA had provided Oakes Auto with the number of vehicles it was due, or with more typical levels of non-formulaic allocation, then the sales of those Vehicles would have further increased Oakes' future earned allocations under MMNA's stated formula.

Further, had MMNA applied the allocation formula it stated it used; it should have provided Oakes more vehicles allocated under the formula in 2022. And, had MMNA applied the formula MMNA used for the dealers in other regions Oakes was not in—a balanced day's supply formula—Oakes would have received even more vehicles in 2022.  He will testify that given the abnormally high percentage of vehicles allocated outside MMNA's stated formula, the errors and inconsistencies shown in the formulaic allocations, the bias in some allocations against smaller dealers, the disparity in the non-formulaic allocations to Oakes Auto relative to other nearby dealers, and the lack of any explanation for why such a disparity exists, one cannot reasonably conclude that the allocation system in place over the last several years in MMNA's West Central Region is fair and reasonable.

Mr. Roesner will further testify regarding damages flowing from MMNA's under-allocation, VI-related requirements, and Oakes' claimed operational losses and post-termination underpayments to the present value as set forth in his reports, modified by updating the calculations through the date of trial.

### 23. JAY R. LYTLE (DEFENDANT'S EXPERT)

**Phone:**        800-720-2583 #202
**Address:**      400 Renaissance Center, Suite 2900
                  Detroit, Michigan 48243
**Type of**       Live or by Deposition
**Testimony:**

26

**Subject Matter of Testimony**

This witness is expected to testify about MMNA's allocation policies and his retention as an expert on behalf of MMNA, the scope of his report, and the contents of his report.

**Brief Synopsis of Anticipated Testimony**

Plaintiff expects Mr. Lytle to testify consistent with his deposition testimony.

24. **ANY WITNESS IDENTIFIED AND/OR CALLED BY DEFENDANT.**

25. **ANY PERSON/ENTITY NECESSARY TO AUTHENTICATE DOCUMENTS**

26. **ANY PERSON/ENTITY NECESSARY FOR THE PURPOSES OF IMPEACHMENT OR REBUTTAL.**

## II.  EXHIBITS OAKES MAY USE PURSUANT TO RULE 26(a)(3)(A)(III).

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 1 | Oakes Auto Business Plan | OAKES 007103-007106 | 29 |
| 2 | 2022-10-05 Email from Jason Brink to William Hoff Re Monthly Objective | MMNA 014392-014394 | 40 |
| 3 | 2018-06-15 Dealer Sales and Service Agreement | MMNA 000026-000034 | 6 |
| 4 | 2018-06-15 Dealer Development Plan | MMNA 000007-000023 | 7 |
| 5 | Ltr from MMNA dated May 7, 2021 Relaunch VI | OAKES 000235-236 | 8 |
| 6 | 2021-06-15 Dealer Sales and Service Agreement | MMNA 000051-000057 | 9 |
| 7 | 2021-06-15 MMNA Dealer Development Plan | MMNA 000035-000050 | 10 |
| 8 | 2021-08-22 Email from David Douglas to Dan Oakes Re VI documents | MMNA_009342-009371 | 11 |
| 9 | 2021-09-01 Email from Davis Douglas to Marvin Baisden Re VI | MMNA_014999-015000 | 12 |
| 10 | 2022-02-03 Email from Amanda Cruz to Dan Oakes Re Breach Letter | MMNA 009566-009567 | 13 |
| 11 | 2022-03-04 Email from Dan Oakes to Steven Smidlein Re Breach | MMNA 000345-000346 | 14 |
| 12 | 2022-04-05 Ltr from Seyfarth to Dan Oakes Re Dealer Signage | MMNA 000348-000349 | 15 |

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 13 | 2022-04 Email from Mr. Carrillo to Seymour (Ms. Gregory) Re Signage | MMNA 009572 | 16 |
| 14 | Vehicles Invoiced Delivered 2018 - 2022 | OAKES 002165 | 17 |
| 15 | 2022-10-06 Email from Steven Smidlein to Dan Oakes Re Benji Auto Proposal | MMNA 010325-010327 | 19 |
| 16 | 2022-12-21 Email from Dan Oakes to Steven Smidlein Re New APA & Benji Auto | MMNA 010379-010428 | 22 |
| 17 | 2023-01-24 Email from Doug to Ben Urra Re Proposed Asset Sale | MMNA_010429 | 23 |
| 18 | 2022-11 Oakes Mitsubishi Financial Statement | OAKES 003598-3601 | 24 |
| 19 | 2021-12 Oakes Mitsubishi Financial Statement | OAKES 003714-3717 | 25 |
| 20 | 2022-12 Oakes Mitsubishi Financial Statement | OAKES 003739-3742 | 26 |
| 21 | 2019-02-27 Email from Steven Smidlein to Ken K Re Enterprise Corp Contact | MMNA 015170-015172 | 27 |
| 22 | 2019-02-28 Email from Jeffrey Senfer to Dan Oakes Re Dealer Incentives | MMNA 011833-011834 | 28 |
| 23 | 2020-04-28 Mitsubishi Ltr Re Concerns COVID | OAKES 006913-006914 | 32 |
| 24 | 2021-10-04 Email from Dan Oakes to Jeffrey Senger Re Approval Re Outlander Allocation | MMNA 000247 | 34 |
| 25 | 2022-08-25 Email from Jason Brink to William Hoff Re Inventory & Allocation | MMNA 012375-012379 | 38 |
| 26 | 2023-05-08 Email from Dan Oakes to William Hoff Re Pool Vehicles and Approval | MMNA 012121-012122 | 42 |
| 27 | 2021-08-25 Email from Davis Douglas to Dan Oakes Re Revised VI Brand Book | MMNA 000954 | 43 |
| 28 | 2022-07-07 Asset Purchase Agreement | MMNA_000759-000794 | 45 |
| 29 | 2022-07-07 Real Estate Purchase Agreement | MMNA_000795-000807 | 46 |
| 30 | Benji Auto Sales Corp Balance Sheet | MMNA_001043 | 47 |
| 31 | Urra Application for Dealer Sales & Service Agreement | MMNA_000733-000737 | 48 |
| 32 | 2023-02-16 Ltr from MMNA to Dan Oakes Re Proposed Asset Sale | MMNA_009788-009795 | 49 |
| 33 | MMNA Org Chart March 2022 | MMNA 003017 | 50 |

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 34 | MMNA Org Chart November 2022 | MMNA 003061 | 51 |
| 35 | 2023-07-29 Email from William Hoff to Dan Oakes | MMNA 013065-13069 | 52 |
| 36 | Central Region Allocation Process (MMNA) | MMNA 000225-226 | 53 |
| 37 | 2022-07-11 Email from Larry to William Hoff Re Allocation | MMNA 001579-1580 | 54 |
| 38 | 2022-08-31 Email from Dan Oakes to William Hoff Re Sept Allocation Approval | MMNA 001624-1629 | 55 |
| 39 | 2022-09-01 Email from Dan Oakes to William Hoff Re Allocation Acceptance | MMNA 000266-267 | 56 |
| 40 | 2023-05-03 Email from Dan Oakes to William Hoff Re Approval | MMNA 001639-1641 | 57 |
| 41 | 2022-07 MMNA Region Summary | MMNA 005330-5342 | 58 |
| 42 | 2023-07-29 Email from Sage Brizendine to William Hoff Re Allocation Confirmation | MMNA 001665-1667 | 59 |
| 43 | 2021-11-03 Email from Dan Oakes to Jeffrey Senger | MMNA 000273 | 61 |
| 44 | 2022-11-28 Email from Dan Oakes to William Hoff | MMNA 001596-1600 | 62 |
| 45 | 2023-05-02 Email from William Hoff to Dan Oakes | MMNA 014148-14149 | 63 |
| 46 | 2023-05-08 Email from William Hoff to Dan Oakes | MMNA 001756-1757 | 64 |
| 47 | 2023-06-02 Email from William Hoff to Dan Oakes | MMNA 001740-1741 | 65 |
| 48 | 2023-08-03 Email from William Hoff to Dan & Sage B. | MMNA 001758-1759 | 66 |
| 49 | 2022-10-06 Email from William Hoff to Brandon Oakes | MMNA 013342-13344 | 67 |
| 50 | 2023-07-17 Email from William Hoff to Dan Oakes | MMNA 013043-13046 | 68 |
| 51 | 2023-09-07 Email from William Hoff to Dan Oakes | MMNA 013098-13099 | 69 |
| 52 | 2023-01-04 Email from William Hoff to Auto Group | MMNA 013427-13429 | 71 |
| 53 | 2023-02-08 Email from Dan Oakes to William Hoff | MMNA 001646-1648 | 73 |
| 54 | 2023-02-08 Email from Dan Oakes to William Hoff | MMNA 001573-1578 | 74 |
| 55 | 2023-03-11 Email from William Hoff to Dan & Sage B. | MMNA 013954-13955 | 75 |
| 56 | 2023-08-28 Email from William Hoff to Sage & Dan Oakes | MMNA 013072-13073 | 76 |

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 57 | 2019-09-05 Email from Jeffrey Senger to Steven Smidlein | MMNA 015220-015221 | 79 |
| 58 | 2019-01-29 Email from Jeffrey Senger to Dan Oakes/Oakes Auto | MMNA 011827-011829 | 80 |
| 59 | 2019-02-28 Email from Steven Smidlein to Jeffrey Senger | MMNA 015168 | 82 |
| 60 | 2022-10-03 OT45 Allocation | MMNA 015839 | 83 |
| 61 | 2022-10-03 OT 45 TAP  Allocation | MMNA 015918 | 84 |
| 62 | 2021-09-28 MG  Allocation | MMNA 015844 | 85 |
| 63 | 2022-11-09 MG41 Allocation | MMNA 015870 | 86 |
| 64 | 2023-09-21 EC45  Allocation | MMNA 015852 | 87 |
| 65 | Allocation Worksheet (13 CUV) | MMNA 015935 | 88 |
| 66 | 2023-07-20 Email from James Sweeting to Steven Smidlein | MMNA 009974-009975 | 89 |
| 67 | 2022-01 MMNA Dealer Sales Incentive Program | MMNA 000446-447 | 90 |
| 68 | 2022-04 MMNA Dealer Sales Incentive Program | MMNA 000478-000479 | 91 |
| 69 | 2022-12 MMNA Dealer Sales Incentive Program | MMNA 000568-570 | 92 |
| 70 | 2022-06-01 MMNA Dealer Sales Incentive Program | MMNA 000502-000503 | 93 |
| 71 | 2022-07-01 MMNA Dealer Sales Incentive Program | MMNA 000514-000515 | 94 |
| 72 | MMNA  Termination Vehicle Payment Spreadsheet | MMNA 006101 | 96 |
| 73 | 2020-09 Oakes Mitsubishi September 2020 Newsletter | OAKES 007184-007221 | 97 |
| 74 | 2020-10-01 MMNA  Allocation | MMNA 015887 | 98 |
| 75 | MMNA Deliveries Spreadsheet | MMNA 015728 | 100 |
| 76 | 2021-03-05 Email Re Enterprise | MMNA 015150 | 103 |
| 77 | MMNA Grand Opening Spreadsheet | MMNA 015730 | 104 |
| 78 | 2022-07-14 Email from Dan Oakes to Steven Smidlein Re APA | MMNA 010190 | 105 |
| 79 | 2022-07-14 Email from Davis Douglas to Kelley Phillip Re Oakes Buy-Sell | MMNA 010518-010519 | 106 |
| 80 | 2022-07-19 Email from Davis Douglas to Kelley Phillip Re Internal Buy-Sell Notification | MMNA 010564-010565 | 107 |
| 81 | 2022-07-19 Email from Kelley Phillip to Davis Douglas Re Notification of Buy Sell Oakes | MMNA 007590-007591 | 108 |

30

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 82 | 2022-07-29 Email from Davis Douglas to Steven Smidlein Re Buy Sell Package Initiation | MMNA 010580-010582 | 109 |
| 83 | 2022-08-16 Email from Benjamin Urra to Davis Douglas Re Mitsubishi Name Approval | MMNA 010259-010261 | 110 |
| 84 | 2022-08-22 Email from Phillip Kelley to Davis Douglas | MMNA 010289-010294 | 112 |
| 85 | 2023-01-18 Email from Dan Oakes to Benjamin Urra Re Purchase Agreement Packet Submittal | OAKES 006420-006422 | 113 |
| 86 | 2023-02-16 Second Denial  Ltr from MMNA to Dan Oakes Re Proposed Asset Sale | MMNA 000717-724 | 114 |
| 87 | 2022-08-22 Email from Phillip Kelley to Davis Douglas | MMNA 010267 | 115 |
| 88 | 2023-01-02 Urra Initial Investment Cost Sheet | MMNA 000728-729 | 116 |
| 89 | 2019-06-11 VI Cost Estimate by AGI Expanded Component Summary | OAKES 004416 | 117 |
| 90 | 2018-06-13 Oakes Initial Investment Cost Sheet | MMNA 006015-006016 | 118 |
| 91 | MMNA Dealer Development Handbook | MMNA 001145-001186 | 119 |
| 92 | 2022-09-10 Email from Steven Smidlein to Phillip Kelley Re Dealer Development | MMNA 010254-010258 | 120 |
| 93 | 2025-05-13 Amended Notice of Deposition of Corporate Representative | | 125 |
| 94 | Rule 30(b)(6) Deposition Prep Binder | | 126 |
| 95 | Corp Rep Binder Supplement; Central Region Allocation Process (Binder Excerpts Tabs 33-35, 37-38, 42) | | 127 |
| 96 | 2022-02-02 OT454 Allocation | MMNA 015915 | 128 |
| 97 | Urra Business Management Planning Tool | MMNA 000939-000962 | 130 |
| 98 | Live Oak Bank Loan Proposal Commitment | MMNA 000966-000985 | 131 |
| 99 | Dealer Sales and Service Agreement Standard Provisions | MMNA 000058-000094 | 132 |
| 100 | MMNA deliveries to Oakes Auto | MMNA 000224 | 133 |
| 101 | 2018-12-09 Email from Dan Oakes to C Battista | OAKES 001159-001161 | 135 |
| 102 | 2019-04-18 Email from Michael Cheng to Cesare Dibattista | MMNA 015126-015134 | 136 |
| 103 | 2019-04-13 Email from Steven Smidlein to David Douglas | MMNA 015175-15178 | 137 |

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 104 | 2021-09-01 Proposal to Send Notice of Default | MMNA 014647-014649 | 138 |
| 105 | 2022-07-08 Email from D Douglas to Steven Smidlein Re Oakes Ntc of Termination | MMNA_010511 | 139 |
| 106 | 2022-10-06 Benji Providing Floorplan Commitment Letter | MMNA 011537 | 140 |
| 107 | 2022-09-10 Email Regarding  staffing in dealer development | MMNA 010636-010641 | 141 |
| 108 | MMNA 2018 Organization Chart | MMNA 001795 | 150 |
| 109 | 2018-02-22 Ltr from MMNA Re Denial of Oakes | OAKES 000055-000056 | 151 |
| 110 | 2018-03-16 Van Osdol Ltr to MMNA Re Denial | OAKES 000057-000081 | 152 |
| 111 | Grand Opening Advertising Plan | OAKES 001305-1328 | 153 |
| 112 | 2022-08-23 Email from Davis Douglas to Kim McKee | MMNA 010589-10594 | 154 |
| 113 | 2022-07-08 Region Request for National Office Review | MMNA 010512-010513 | 155 |
| 114 | 2023-08 Sales Operations Organizational Chart | MMNA 003143 | 157 |
| 115 | Expert Report of Joseph Roesner and the foundational materials. | | 158 |
| 116 | Expert Rebuttal Report of Joseph Roesner and the foundational materials | | 159 |
| 117 | Expert Supplemental Report of Joseph Roesner  and the foundational materials | | 160 |
| 118 | MMNA deliveries to KC Area Dealers | MMNA 004752 | 163 |
| 119 | MMNA deliveries to Oakes Auto | MMNA_004753 | 164 |
| 120 | Oakes Inventory | MMNA 004754 | 165 |
| 121 | 2023-05-03 Email from Dan Oakes to William Hoff | MMNA 012118-12120 | 182 |
| 122 | 2023-09-09 Email from Dan Oakes to William Hoff | MMNA 001678-1679 | 188 |
| 123 | 2023-06-20 Termination Letter Ltr | MMNA 001198-001200 | 215 |
| 124 | Recording - Voicemail to Dan Oakes Red Wire | OAKES 002536 | 216 |
| 125 | Recording of Call with Dan Oakes (audio) | OAKES 00954 | 217 |
| 126 | 2023-03-01 EC45 Allocation | MMNA 015922 | 218 |
| 127 | 2024-07 Mitsubishi Motors Organization Chart | MMNA 003905-003927 | 78 (78B) |
| 128 | Property Taxes 2022 for 7301 State Ave | OAKES 009707-9707 | |

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 129 | Property Taxes 2023 for 7301 State Ave | OAKES 009708-9708 | |
| 130 | Property Taxes 2024 for 7301 State Ave | OAKES 009709-9709 | |
| 131 | MMNA Outlander Allocation Report 2022-01-07 (OT45) | MMNA_015903 | |
| 132 | MMNA Outlander Sport Allocation Report 2022-01-11 (OS45) | MMNA_015890 | |
| 133 | MMNA Mirage Allocation Report 2022-01-24 (MG00) | MMNA_015843 | |
| 134 | MMNA Outlander Sport Allocation Report 2022-01-24 (OS45) | MMNA_015840 | |
| 135 | MMNA Outlander Allocation Report 2022-01-24 (OT45) | MMNA_015846 | |
| 136 | MMNA Eclipse Cross Allocation Report 2022-02-02 (EC45) | MMNA_015859 | |
| 137 | MMNA Outlander Allocation Report 2022-02-02 (OT45) | MMNA_015900 | |
| 138 | MMNA Outlander Allocation Report 2022-02-17 (OT45) | MMNA_015902 | |
| 139 | MMNA Mirage Allocation Report 2022-03-04 (MG00) | MMNA_015881 | |
| 140 | MMNA Outlander Sport Allocation Report 2022-03-04 (OS45) | MMNA_015925 | |
| 141 | MMNA Outlander Sport Allocation Report 2022-04-06 (OS45) | MMNA_015923 | |
| 142 | MMNA Outlander Sport Allocation Report 2022-04-06 (OS45) | MMNA_015924 | |
| 143 | MMNA Outlander Allocation Report 2022-05-03 (OT45) | MMNA_015916 | |
| 144 | MMNA Outlander Sport Allocation Report 2022-05-09 (OS45) | MMNA_015931 | |
| 145 | MMNA Mirage Allocation Report 2022-05-20 (MG00) | MMNA_015880 | |
| 146 | MMNA Outlander Allocation Report 2022-05-20 (OT45) | MMNA_015911 | |
| 147 | MMNA Outlander Sport Allocation Report 2022-06-02 (OS45) | MMNA_015888 | |
| 148 | MMNA Outlander Sport Allocation Report 2022-06-02 (OS45) | MMNA_015930 | |
| 149 | MMNA Outlander Allocation Report 2022-06-02 (OT45) | MMNA_015912 | |
| 150 | MMNA Eclipse Cross Allocation Report 2022-06-28 (EC45) | MMNA_015863 | |

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 151 | MMNA Outlander Allocation Report 2022-06-28 (OT45) | MMNA_015910 | |
| 152 | MMNA Eclipse Cross Allocation Report 2022-07-20 (EC45) | MMNA_015862 | |
| 153 | MMNA Mirage Allocation Report 2022-08-03 (MG00) | MMNA_015867 | |
| 154 | MMNA Mirage Allocation Report 2022-08-03 (MG00) | MMNA_015878 | |
| 155 | MMNA Outlander Allocation Report 2022-08-03 (OT45) | MMNA_015920 | |
| 156 | MMNA Outlander Allocation Report 2022-08-03 (OT45) | MMNA_015933 | |
| 157 | MMNA Eclipse Cross Allocation Report 2022-08-17 (EC45) | MMNA_015865 | |
| 158 | MMNA Mirage Allocation Report 2022-08-17 (MG00) | MMNA_015872 | |
| 159 | MMNA Mirage Allocation Report 2022-08-17 (MG00) | MMNA_015884 | |
| 160 | MMNA Outlander Allocation Report 2022-08-17 (OT45) | MMNA_015921 | |
| 161 | MMNA Outlander Sport Allocation Report 2022-09-01 (OS45) | MMNA_015934 | |
| 162 | MMNA Eclipse Cross Allocation Report 2022-09-20 (EC45) | MMNA_015864 | |
| 163 | MMNA Mirage Allocation Report 2022-09-20 (MG00) | MMNA_015871 | |
| 164 | MMNA Mirage Allocation Report 2022-09-20 (MG00) | MMNA_015883 | |
| 165 | MMNA Outlander Allocation Report 2022-09-20 (OT45) | MMNA_015917 | |
| 166 | MMNA Eclipse Cross Allocation Report 2022-10-03 (EC45) | MMNA_015858 | |
| 167 | MMNA Mirage Allocation Report 2022-11-09 (MG00) | MMNA_015882 | |
| 168 | MMNA Outlander Sport Allocation Report 2022-11-09 (OS45) | MMNA_015932 | |
| 169 | MMNA Eclipse Cross Allocation Report 2022-12-20 (EC45) | MMNA_015856 | |
| 170 | MMNA Outlander Sport Allocation Report 2022-12-20 (OS45) | MMNA_015929 | |
| 171 | MMNA Mirage Allocation Report 2023-01-04 (MG00) | MMNA_015869 | |
| 172 | MMNA Mirage Allocation Report 2023-01-04 (MG00) | MMNA_015879 | |

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 173 | MMNA Outlander Allocation Report 2023-01-04 (OT45) | MMNA_015908 | |
| 174 | MMNA Mirage Allocation Report 2023-01-30 (MG00) | MMNA_015885 | |
| 175 | MMNA Eclipse Cross Allocation Report 2023-03-01 (EC45) | MMNA_015936 | |
| 176 | MMNA Outlander Allocation Report 2023-03-01 (OT45) | MMNA_015892 | |
| 177 | MMNA Outlander Allocation Report 2023-03-01 (OT45) | MMNA_015913 | |
| 178 | MMNA Outlander Allocation Report 2023-03-01 (OT45) | MMNA_015914 | |
| 179 | MMNA Outlander PHEV Allocation Report 2023-03-01 (OTEV) | MMNA_015897 | |
| 180 | MMNA Outlander PHEV Allocation Report 2023-03-27 (OTEV) | MMNA_015894 | |
| 181 | MMNA Outlander PHEV Allocation Report 2023-03-27 (OTEV) | MMNA_015895 | |
| 182 | MMNA Eclipse Cross Allocation Report 2023-04-04 (EC45) | MMNA_015853 | |
| 183 | MMNA Mirage Allocation Report 2023-04-05 (MG00) | MMNA_015868 | |
| 184 | MMNA Outlander Sport Allocation Report 2023-04-05 (OS45) | MMNA_015927 | |
| 185 | MMNA Outlander Allocation Report 2023-04-05 (OT45) | MMNA_015904 | |
| 186 | MMNA Eclipse Cross Allocation Report 2023-06-26 (EC45) | MMNA_015857 | |
| 187 | MMNA Mirage Allocation Report 2023-06-26 (MG00) | MMNA_015875 | |
| 188 | MMNA Outlander PHEV Allocation Report 2023-06-26 (OTEV) | MMNA_015896 | |
| 189 | MMNA Outlander Allocation Report 2023-07-10 (OT45) | MMNA_015909 | |
| 190 | MMNA Eclipse Cross Allocation Report 2023-07-25 (EC45) | MMNA_015854 | |
| 191 | MMNA Mirage Allocation Report 2023-07-25 (MG00) | MMNA_015874 | |
| 192 | MMNA Mirage Allocation Report 2023-07-25 (MG00) | MMNA_015877 | |
| 193 | MMNA Outlander Sport Allocation Report 2023-07-25 (OS45) | MMNA_015926 | |

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 194 | MMNA Outlander Allocation Report 2023-07-25 (OT45) | MMNA_015906 | |
| 195 | MMNA Outlander PHEV Allocation Report 2023-07-25 (OTEV) | MMNA_015893 | |
| 196 | MMNA Eclipse Cross Allocation Report 2023-08-01 (EC45) | MMNA_015855 | |
| 197 | MMNA Outlander Allocation Report 2023-08-01 (OT45) | MMNA_015907 | |
| 198 | MMNA Outlander Sport Allocation Report 2023-09-01 (OS45) | MMNA_015889 | |
| 199 | MMNA Outlander Allocation Report 2023-09-01 (OT45) | MMNA_015891 | |
| 200 | MMNA Outlander PHEV Allocation Report 2023-09-13 (OTEV) | MMNA_015898 | |
| 201 | MMNA Mirage Allocation Report 2023-09-21 (MG00) | MMNA_015876 | |
| 202 | Declaration of Douglas Davis | | |
| 203 | Declaration of Kim McKee | | |
| 204 | Steven Smidlein Deposition(all volumes) | | |
| 205 | Benjamin Urra Deposition | | |
| 206 | Ken Konieczka Deposition | | |
| 207 | Kim McKee Deposition | | |
| 208 | Douglas Davis Deposition | | |
| 209 | Kirk Smith Deposition | | |
| 210 | Joseph Rosesner Deposition | | |
| 211 | James Sweeting Deposition | | |
| 212 | Phil Kelley Deposition | | |
| 213 | Sage Brizendine Deposition | | |
| 214 | Jason Brink Deposition | | |
| 215 | MMNA Corporate Representative Deposition (Davis) | | |
| 216 | 2022-05-04 Email from Dan Oakes to Jeffrey Senger | | |
| 217 | 2019-02-26 Email from Steven Smidlein to Dan Oakes | Oakes534-536 | |
| 218 | Purchase Agreement of Oakes Mitsubishi | MMNA 005919-5939 | |
| 219 | Defendant's Respones to P's 2nd Set of Request for Production of Documents | | |
| 220 | MG00 2022-03-04 MMNA Mirage Allocation Report 2022-03-04 (MG00) | MMNA_015866 | |

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 221 | OT45 2022-04-06 MMNA Outlander Allocation Report 2022-04-06 (OT45) | MMNA_015905 | |
| 222 | OT45 2022-10-12 MMNA Outlander Allocation Report 2022-10-12 (OT45) | MMNA_015919 | |
| 223 | Second Amended Operating Agreement of Benji Auto Holdings LLC | MMNA 000883-901 | |
| 224 | Application for Dealer Sales & Service Agreement | MMNA 000747-752 | |
| 225 | 2021-03-09 Email from Kelley Phillip to Dan Oakes | OAKES 000492-000495 | 101 |
| 226 | 2023-02-06 OS45 Allocation Spreadsheet | MMNA 015928 | 219 |
| 227 | 2020-12 Expense Book | OAKES005503 | |
| 228 | 2021-12 Expense Book | OAKES005529 | |
| 229 | 2022-12 Expense Book | OAKES005563 | |
| 230 | 2022-09 Expense Book | Oakes005591 | |
| 231 | 2021-09 Financial Statement | OAKES005643 | |
| 232 | 2021-10 Financial Statement | OAKES005633 | |
| 233 | 2021-11 Financial Statement | OAKES005634 | |
| 234 | 2022-01 Financial Statement | OAKES005644 | |
| 235 | 2022-02 Financial Statement | OAKES005645 | |
| 236 | 2022-03 Financial Statement | OAKES005646 | |
| 237 | 2022-04 Financial Statement | OAKES005647 | |
| 238 | 2022-05 Financial Statement | OAKES005648 | |
| 239 | 2022-06 Financial Statement | OAKES005649 | |
| 240 | 2022-07 Financial Statement | OAKES005650 | |
| 241 | 2022-08 Financial Statement | OAKES005651 | |
| 242 | 2022-09 Financial Statement | OAKES005652 | |
| 243 | 2022-10 Financial Statement | OAKES005653 | |
| 244 | 2023-01 Financial Statement | | |
| 245 | 2023-02 Financial Statement | OAKES005656 | |
| 246 | 2023-03 Financial Statement | OAKES005657 | |
| 247 | 2023-04 Financial Statement | OAKES005659 | |
| 248 | 2023-05 Financial Statement | OAKES005661 | |
| 249 | 2023-06 Financial Statement | OAKES005663 | |
| 250 | 2023-07 Financial Statement | OAKES005665 | |
| 251 | 2023-08 Financial Statement | OAKES005667 | |
| 252 | 2023-09 Financial Statement | OAKES005669 | |

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 253 | 2023-10 Financial Statement | OAKES005386 | |
| 254 | 2023-11 Financial Statement | OAKES005387 | |
| 255 | 2023-12 Financial Statement | OAKES005388 | |
| 256 | PSA for 7301 State Ave (DO KCK purchase) | OAKES 009794-9808 | |
| 257 | 2025-05-14 LEASE 7301 State (Executable With Exhibits) - Signed - Fp3xZF3iCp | OAKES 009809-9899 | |
| 258 | Vehicle Transfer Policy | OAKES 009953-9953 | |
| 259 | Enterprise Fictitious Name Registration | OAKES 009952-9952 | |
| 260 | Lease for Mitsubishi | OAKES 003870-387 | |
| 261 | Oakes' Termination Inventory | OAKES 000003-00015 | |
| 262 | 2018-01-16 MMNA Site Survey Request Form | OAKES 000051-00054 | |
| 263 | MMNA replacement Guide 2018-04-18 | OAKES 000082-00101 | |
| 264 | MMNA's Reconsideraiton of Oakes purchase | OAKES 000147 | |
| 265 | 2019.07.25  AGI Proposal for Oakes _Revision 1 Proposal | OAKES 000203-00211 | |
| 266 | 2019-12 Top Dealers Top 50 Dealers | OAKES 000219-00227 | |
| 267 | 2020-02-20 MMNA particpate Wholesale. | OAKES 000228-00229 | |
| 268 | 2021-05-27 17018 OAKES MITSUBISHI | OAKES 000240-00240 | |
| 269 | 2021-08-25 AGI proposal | OAKES 000264-00274 | |
| 270 | 2022-01-04 Top Dealers | OAKES 000296-00304 | |
| 271 | 2022-04-29 Dealer letter -- wholesale inventory challenge | OAKES 000310-00311 | |
| 272 | 2023-03-13 Dan Oakes - Fwd_ LOI terms for Oakes Mitsubishi_Redacted | OAKES 000540-00541 | |
| 273 | Approval of Banners | OAKES 000545-00550 | |
| 274 | 2019-02-23 Flooring Exception Request | OAKES 000701-704 | |
| 275 | 2018-12-09 Email Regarding Cost of VI | OAKES 000705-708 | |
| 276 | Photographs of Anderson Mitsubishi | OAKES005712-OAKES005734 | |
| 277 | Photographs of Deery Mitsubishi | OAKES005735-OAKES005745 | |
| 278 | Photographs of Lawrence Mitsubishi | OAKES005783-OAKES005804 | |
| 279 | Photographs of Edwards Mitsubishi | OAKES005805-OAKES005815 | |
| 280 | Photographs of Family Mitsubishi | OAKES005816-OAKES005867 | |
| 281 | Photographs of Murdock Mitsubishi | OAKES005868-OAKES005887 | |
| 282 | Photographs of Napleton Mitsubishi | OAKES005888-OAKES005999 | |
| 283 | Photographs of Northtowne Mitsubishi | OAKES006000-OAKES006050 | |
| 284 | Photographs of Frank LetaMitsubishi | OAKES006051-OAKES006069 | |

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 285 | Frank Leta Mitsubishi Street View | OAKES006070-OAKES006070 | |
| 286 | Addl. Edwards Mitsubishi Photos | OAKES006071-OAKES006080 | |
| 287 | Addl. Lawrence Mitsubishi Photos | OAKES006088-OAKES006088 | |
| 288 | PSA for 73031 State Ave - Ravinia Farms | OAKES006129-OAKES006162 | |
| 289 | Photographs of Franklin Mitsubishi | OAKES006163-OAKES006199 | |
| 290 | 2022-07-07 PSA for 7301 State Ave. | OAKES 006701- 006713 | |
| 291 | 7301 State Ave - Broker Opinion of Value | OAKES 006783-OAKES 006784 | |
| 292 | 7301 State Ave - Ravinia Farms termination notice | OAKES 009694 | |
| 293 | DO KCK Statements from Corefirst | OAKES 009657-9693 | |
| 294 | DO KCK Wells Fargo Statements | OAKES 009464 - 9656 | |
| 295 | DO Maintstreet Lease 2023 - 2031 | OAKES 009900-9906 | |
| 296 | DO Pleasanton Lease Agreement 2024 - 2026 | OAKES 009942-9948 | |
| 297 | DO NKC Burlington Lease 2023 - 2030 | OAKES 009914-9920 | |
| 298 | DO NKC Design Drive Lease 2024 - 2026 | OAKES 009928-9934 | |
| 299 | Mitsubishi Dealers Urge Leadership for Immediate Action Amid Declining Profits | OAKES 009949-9951 | |
| 300 | Voicemail from Steven Smidlein | OAKES 005383 | |
| 301 | Family Mitsubishi Application | MMNA 015731 | |
| 302 | VI Anderson | MMNA_(Oakes)_015560-59 | |
| 303 | VI Bill Knight | MMNA_15579 | |
| 304 | VI Clement | MMNA_15587 | |
| 305 | VI Clemons | MMNA_15596 | |
| 306 | VI Stanely Mitsu | MMNA_15600 | |
| 307 | VI Family | MMNA_015609 | |
| 308 | VI Leta | MMNA_015619 VI Leta | |
| 309 | VI Young Deaitled Quote | MMNA_015631 | |
| 310 | VI Franklin | MMNA_015633-015661 | |
| 311 | VI Lawrence | MMNA_015662 | |
| 312 | VI Northtown | MMNA_015673 | |
| 313 | VI Pueblo | MMNA_015682 | |
| 314 | VI Valley | MMNA_15691 | |
| 315 | MMNA Inventory Termination Payments | MMNA_015147 | |
| 316 | 2022-08-31 Email Phillip Kelley and Doug Davis | MMNA 014898 | |

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 317 | 2022-09-19 Email Kim McKee to Doug Davis | MMNA_14903.pdf | |
| 318 | 2021-03-04 Email Jeff Senger & Phil Kelley re Enterprise | MMNA__015157.pdf | |
| 319 | 2018-10-18 Oakes Auto Banners | MMNA_014941.pdf | |
| 320 | 2021-02-26 Email Steve Smidlein & Jeffrey Senger regarding Enterprise | MMNA_015151.pdf | |
| 321 | 2019-02-26 Email Steve Smidelin & Ken Koniecska regarding Enterprise | MMNA_015173.pdf | |
| 322 | 2022-07-22 Email Kenny Decay & William Hoff | MMNA_015239.pdf | |
| 323 | 2022-01-22 Email Marvin Baisden and Doug Davis | MMNA_014653.pdf | |
| 324 | 2023-09-18 Vehicles Repurchased | MMNA_014873-74.pdf | |
| 325 | 2022-09 Email Live Oake HHM CPA | MMNA_014905.pdf | |
| 326 | 2018-10-11 E-mail Doug Davis & Steven Smidlein | MMNA_014930.pdf | |
| 327 | 2022-10 Approved Signs | MMNA_014942.pdf | |
| 328 | 2021-06-22 AGI Proposal | MMNA_014964.pdf | |
| 329 | 2021-09-01 Email Doug Davis and Steve Smidlein | MMNA_014994.pdf | |
| 330 | EC45 2021-11-16 | MMNA_015841 | |
| 331 | OT45 2021-05-10 | MMNA_015842 | |
| 332 | OS45 2022-01-24 | MMNA_015840/15845 | |
| 333 | OT45 2021-08-31 | MMNA_015847 | |
| 334 | OT45 2021-11-16 | MMNA_015848 | |
| 335 | OT45 2021-12-20 | MMNA_015849 | |
| 336 | OT45 2021-09-29 | MMNA_015850 | |
| 337 | Sport 2021-09-28 | MMNA_015851 | |
| 338 | EC45 2021-12-27 | MMNA_015860 | |
| 339 | EC45 2021-11-30 | MMNA_015861 | |
| 340 | MG 2021-12-27 | MMNA_015873 | |
| 341 | CUV 13 Month | MMNA_015886/MMNA15935 | |
| 342 | EC 2021-04-27 | MMNA_015899 | |
| 343 | OT45 2021-08-02 | MMNA_015901 | |
| 344 | Demonstrative exhibits summarizing MMNAs allocation quantities to ports | | |

| No. | Description/Name | Bates stamp (Title of Produced document or range) | Deposition Exhibit Reference |
|---|---|---|---|
| 345 | Demonstrative exhibits of MMNAs allocation of each model to its dealer network. | | |
| 346 | Demonstrative exhibits summarizing Oakes' claimed damages. | | |
| 347 | Demonstrative exhibits showing VI Requirements of Oakes compared to various other Dealerships. | | |
| 348 | Demonstrative exhibits showing other dealership's facilities. | | |

Respectfully submitted,

**ENSZ & JESTER, P.C.**

/s/ Chris Napolitano

CHRISTOPHER M. NAPOLITANO KS #25499
1100 Main Street, Suite 2121
Kansas City, MO 64105
Telephone:    816-474-8010
Facsimile:    816-471-7910
Email:          cnapolitano@enszjester.com
**ATTORNEYS FOR PLAINTIFFS**
**OAKES AUTO, INC. & DO KCK, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 9, 2026, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Chris Napolitano
**ATTORNEY FOR PLAINTIFFS**